UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



KEITH THOMPSON (#109223)                CIVIL ACTION

VERSUS

ANTHONY McCOY, EMT                       NO. 08-0291-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendant's motion to dismiss[1] the federal claims shall be granted, dismissing the plaintiff's federal claims against the defendant.

IT IS FURTHER ORDERED that the Court dismisses the state law claims without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 4, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 11.

Doc#45768